ESTATE OF WEIHLER: GUENTHER, Town Treasurer, Respondent, vs. RUPP, Administrator, etc., Appellant.

For the appellant: *L. P. Fox* of Chilton.

For the respondent: *George M. Goggins* of Chilton, attorney, and *T. L. Doyle* of Fond du Lac of counsel.

*By the Court.*—Judgment affirmed.

HARTNELL, Respondent, vs. NEWELL, Appellant.

For the appellant: *Lines, Spooner & Quarles,* attorneys, and *Howard A. Hartman* of counsel, all of Milwaukee.

For the respondent: *Nettie E. Karcher* of Burlington and *Whaley & Paulsen* of Racine.

*By the Court.*—Judgment affirmed.

LATEX TIRE COMPANY, Respondent, vs. WHEATLEY, Appellant.

For the appellant: *Quarles, Spence & Quarles,* attorneys, and *Arthur Wickham* of counsel, all of Milwaukee.

For the respondent: *Sutherland, Hughes & Sutherland* of Fond du Lac.

*By the Court.*—Judgment affirmed.